Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>PETERSON MECHANICAL, INC., a California Corporation,<br><br>Defendant. | Case No.: C 09 0593 JCS<br><br>**STIPULATION TO STAY CASE FOR 90 DAYS; ORDER THEREON** |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs Laborers Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday Trust Fund for Northern California, Laborers Pension Trust Fund for Northern California, and Laborers Training and Retraining Trust Fund for Northern California ("Laborers Trust Funds"), on the one hand, and

– 1 –
STIPULATION TO STAY CASE FOR 90 DAYS; ORDER THEREON

Defendant Peterson Mechanical, Inc. ("Peterson Mechanical"), on the other hand, through their respective counsel, as to the following.

1. On February 10, 2009 Plaintiffs Laborers Trust Funds filed their Complaint for Damages for Breach of Collective Bargaining Agreement and For a Mandatory Injunction ("Complaint"). Plaintiffs seek to conduct an audit of Defendant Peterson Mechanical's books and records for the period January, 2005 through February, 2009 to determine if Defendant Peterson Mechanical properly reported and paid its trust fund contributions on behalf of its covered workers. Defendant Peterson Mechanical was served with the Complaint on February 17, 2009.

3. Defendant Peterson Mechanical has agreed to allow the audit without waiving any of its legal rights and remedies including, but not limited, to any issues regarding whether or not Peterson Mechanical is signatory or bound to the Master Agreement and Trust Agreements as set forth in the Complaint. Defendant Peterson Mechanical agrees to allow auditors selected by the Plaintiffs to appear at Defendant's business location and audit the relevant books and records of Defendant Peterson Mechanical. The inspection and audit shall be conducted and completed by June 15, 2009. Plaintiffs' auditor shall contact Peterson Mechanical to set up the audit. The parties agree that if there is any issue or problem regarding the audit process, the parties will meet and confer and if they are still unable to resolve any dispute regarding the audit process, the parties will jointly notify Magistrate Judge Spero and request a conference with Magistrate Spero.

///
///
///
///
///
///
///

5. The parties further agree to a stay of the above proceedings through June 15, 2009 so that the audit can be completed, the audit results provided to Defendant, and the parties can have an opportunity to meet and confer in an attempt to resolve any dispute regarding the audit results.

DATED: March 18, 2009

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs Laborers Trust Funds

DATED: March 18, 2009

CARTER CARTER FRIES & GRUNSCHLAG

By _____
James A. Carter

Attorneys for Defendant Peterson Mechanical, Inc.

## ORDER

The parties having submitted this Stipulation To Stay Case for 90 days and good cause appearing:

IT IS HEREBY ORDERED that this case be stayed for 90 days and that dates set forth in this Court's Order Setting Initial Case Management Conference and ADR Guidelines be vacated, as well. The audit shall proceed pursuant to the Stipulation, above. The Case Management Conference will be rescheduled for __June 19__, 2009 in Courtroom A, 15th Floor, at 1:30 p.m. The parties are required to submit a Joint Case Management Conference Statement seven (7) days prior to the new Case Management Conference advising this Court as

1 to the status of the audit and the parties' informal attempts to resolve any dispute regarding the
2 results of audit.

3 DATED: March 25, 2009

5 By _____
6 HON. J.
   UNITED STATES MAGISTRATE JUDGE

   *(Seal: United States District Court, Northern District of California — Judge Joseph C. Spero)*

9 11392320.1

— 4 —
STIPULATION TO STAY CASE FOR 90 DAYS; ORDER THEREON