1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> PETERSON MECHANICAL, INC., a California Corporation, <br><br> Defendant. | Case No.: C 09 0593 JCS <br><br> **STIPULATION TO DISMISS CASE WITH PREJUDICE; ORDER THEREON** |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs Laborers Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday Trust Fund for Northern California, Laborers Pension Trust Fund for Northern California, and Laborers Training and Retraining Trust Fund for Northern California ("Laborers Trust Funds"), on the one hand, and Defendant Peterson Mechanical, Inc., on the other hand, that the parties have resolved

– 1 –
STIPULATION TO DISMISS CASE; ORDER THEREON

underlying matter, in full, and that the parties request that this Court dismiss the action, in its entirety, with prejudice.

DATED: June 15, 2009

BULLIVANT HOUSER BAILEY PC

By _Ronald L. Richman_ (signature)
Ronald L. Richman

Attorneys for Plaintiffs Laborers Trust Funds

DATED: June 15, 2009

PETERSON MECHANICAL, INC.

By _(signature)_
Les M. Peterson
President, CEO

## ORDER

The parties having submitted this Stipulation To Dismiss Case With Prejudice and good cause appearing:

IT IS HEREBY ORDERED that this case is dismissed, with prejudice.

DATED: June 18, 2009

By _(signature)_
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

11658481.1